# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHARLES R. JONES,<br><br>         Plaintiff,<br><br>vs.<br><br>COX CABLE; COSMOPOLITAN LAS VEGAS HOTEL; THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT.<br><br>         Defendants. | 2:15-cv-01873-RFB-VCF<br><br>**<u>ORDER</u>** |

Before the court is Plaintiff's Motion Requesting Discovery and for a Jury Trial. (#20). On October 26, 2015, Defendant Las Vegas Metropolitan Police Department (LVMPD) filed its motion to dismiss (#8). Defendant Cox Cable filed its Answer to Complaint (#10). To date, a discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 3:00 p.m., January 26, 2016, in courtroom 3D.

Dated this 6th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE